Sosefo Tili PALU, Petitioner—
Appellant,

v.

John ASHCROFT, Attorney General,
Respondent—Appellee.

No. 02–17446.

D.C. No. CV–02–05639 SI.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Oct. 8, 2003.

Decided Oct. 24, 2003.

Before HAWKINS, THOMAS, and
CLIFTON, Circuit Judges.

ORDER *

Sosefo Tili Palu appeals the District
Court's denial of his petition for habeas
corpus under 28 U.S.C. § 2241. Palu's
final order of deportation was issued on
September 27, 1997, and he was in depor-
tation proceedings before April 1, 1997, so
IIRIRA's transitional rules apply. Be-
cause he has since departed the country,
this court lacks jurisdiction. *See Hose v.
INS,* 180 F.3d 992, 996 (9th Cir.1999) (en
banc).

APPEAL DISMISSED.

---

* This disposition is not appropriate for publica-
tion and may not be cited to or by the courts
of this circuit except as provided by Ninth
Circuit Rule 36–3.